

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 29 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 29 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

Kimberly Kenney            PLAINTIFF

Case No. 4:18-cv-381-BSM

WELLS Fargo Home Mortgage Bank
P.O BOX 14507
Des Moines, LA 50306-3507
website; wellsfargo.com
fax; 1866=359-7363
Telephone; 1800-416-1472

This case assigned to District Judge __Miller__
and to Magistrate Judge __Deere__

DEFENDANTS

*"Wells Fargo Fraudulent Unauthorized Accounts."*

Plaintiff, Kimberly Kenney stats; I am a U.S citizens and I am currently a Wells Fargo customer who purchase a home May of 2010 with the Iberia Bank which was transferred to the Wells Fargo bank. Ms. Kenney is a Wells Fargo customer, and I want to file a complaint against Wells Fargo Bank. The Plaintiff defense against Wells Fargo Fraudulent Accounts which have been opened in my Name as a Customer and Wells Fargo refuse to give Ms. Kenney a Loan Modification. And the Plaintiff was force to file Bankruptcy. Which have deprived Ms. Kenney of money and has caused Ms. Kenney hardship because she had to file Bankruptcy because Wells Fargo refuse to give Ms. Kenney a Loan Modification. However, Wells Fargo have fraudulent sales Data by Funds and the Plaintiff's Information without the Plaintiff's permission. *The Court has jurisdiction of the parties and subject matter of this suit. Venue is proper.*

*Wells Fargo agreed to pay $185 million in fines over alleged fraudulent Accounts opened without customers' permission. There were 2 million unauthorized Accounts which led to the*

*termination of over 5,000 Wells Fargo employees nationwide. Wells Fargo was Cross selling Product such as Credit Cards, Checking Accounts, Home Equity Loans.*

*Wells Fargo's members forge the Plaintiff's signature by Fraudulently Opened Accounts without the Plaintiff's permission. Wells Fargo has committed Fraud by allowing his members to Opened Fraudulent Accounts by using the Plaintiff. Wells Fargo' members was forging signatures.*

*The Wells Fargo did this by using my Funds and my personal Information. Wells Fargo opened Fraudulent Accounts by using Ms. Kenney's Fund and Credit Cards. This was not uncover until May of 2016. Wells Fargo was stealing Identity and customers Social Security numbers and this illegal act has being going on for 5 yrs. However, there was 53 hundred Team member of Wells Fargo that committed Fraud and there was $5,300.00 Fraud Signatures, Stealing customer's money, Stealing Social Security numbers and this was done for 5yrs. Wells Fargo force the Plaintiff to abide by the Mandatory Arbitration Clause in their real Account. Wells Fargo create a false Account and Wells Fargo Bank invoke the fine print on a real account to black Redress on Accounts on a fake Account that Wells Fargo has create.*

*John Sompf, is Wells Fargo CEO, Chairman of the Board and his Team members Signed a Ethical Statement and due to the Wells Fargo Fraudulent Accounts this will Compensation Funds which started back to 2010 mistakes that was made toward the customers. In 2013, Wells Fargo was exposed due to Audit and a Local Business was working on the issues which dealt with Audit, a Fraudulent Dealt with Audit. In 2013 The Corporal Executive dealt with the Audit of the Wells Fargo Business of Cross Selling Product and there has been thousands of the Wells Fargo members have committed Fraud by using the customers, by forging their Signatures. This is Criminal Activity which happened in Wells Fargo Bank.*

*Wells Fargo was forcing there employees to show growth in their company by Transiting funds from one Account to another this harm the customers by committing Fraud.*

*The Plaintiff was misrepresented by Wells Fargo and there was Omission this was unknown and the*

*Plaintiff was Secretly kept in the dark. Wells Fargo has made it difficult for the Plaintiff and the Plaintiff was force to file Bankruptcy. Wells Fargo have also made it complicated and difficult for the Plaintiff to receive Accurate Statement and information of what was happening to her Account. Plaintiff was misrepresented by Wells Fargo because Wells Fargo opened Ghost Accounts to make a profit off of the Plaintiff by opening Unauthorized Accounts which was opened in the Plaintiff's name without her consent. There were also Hire Sale Taxes, Credit Cards, Credit Report and there was Fraudulently Forge Signatures of Documents. Wells Fargo fails to notify the Plaintiff of these Fraudulent Accounts.*

*The Plaintiff have also asked Wells Fargo to send her a copy of the regional documentations by "Produce the Note." and the Plaintiff received inaccurate documentations Wells Fargo had send the Plaintiff documentation which had forge Signatures on the Produce the Note. And Wells Fargo refuse to give the Plaintiff a Loan Modification and now the Plaintiff had to file Bankruptcy.*
*Wells Fargo opened Unwanted Accounts and the Wells Fargo Bank was making Unauthorized transferred the Plaintiff's Funds. This is illegal and Unethical. And the Plaintiff was pressure into getting an Overdraft Protection on her Account, which did not benefit the Plaintiff at all. Wells Fargo had their members Forging Signatures by falsifying documentations which is a Fraud and making Sale which is Unethical Sales practices and this is illegal and a Violation of the Law. Wells Fargo has committed Fraud by fraudulently using Overdraft Protection, lower credit Scores and through the Plaintiff's Escrow Account.*

*On May of 2016 Wells Fargo was exposed for Illegal Criminal Activity. Wells Fargo was falsely signing customers up for product which is fraud. This was a wrongful Sales Practice Behavior and an Unethical Sales practices on Wells Fargo retail sales Banking. This is unethical and unprofessional. This was an Unlawful Practice by Wells Fargo of False Pretenses and Deceptive Trade Acts. Fraud committed by Wells Fargo which was exposed May of 2016*
*Wherefore, Plaintiff* would like to be recovery of compensatory and punitive damages. Petitioner

requests that reconsideration be granted and that the decision be made to give petitioner all the benefits to which she is entitled including the relief requested here in. Plaintiff is requesting Wells Fargo to refund her for the money that she have paid from June 14 of 2016, to Present for the money she had to file in bankruptcy, and also for the money that she had to spend in order to file Bankruptcy. Plaintiff is requests that Wells Fargo to Amend her Account because there is miscalculations in the total charges in fees on the Plaintiff's Account. The Plaintiff disagree with the total of charges in fees which was put on her Account. And the Plaintiff petition the court that if any Judges or if there have been any illegal class action by using my name, I want to object to it and if there have been any illegal class action that may have been filed, regards to a WELLS FARGO CLAIM or illegally made Ms. Kenney part of a Law Suit I object to it also and I object to any class action law suits. And if my case concerning the WELLS FARGO Case have been mishandle in anyway, then I want to object to it. And if any OFFICIALS have made me part of any claim against WELLS FARGO without my authorization then I also object to it and if any Judges misused my case in order to gain a profit off of my case, then this is illegal and if the Judges misused the Plaintiff's Civil Litigation Case in order to gain a profit off of it, then I want to file a Law suit against this illegal act.

Signature *[signature]*

5-29-18