IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KIMBERLY KENNEY**                                                                **PLAINTIFF**

**v.**                              **CASE NO. 4:18-CV-00381 BSM**

**WELLS FARGO HOME MORTGAGE**                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE